# CASE ANNOUNCEMENTS
*August 25, 2010*

[Cite as *08/25/2010 Case Announcements*, 2010-Ohio-3855.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–0941.   State ex rel. Duncan v. Court of Appeals, Fifth Appellate Dist.**
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–0954.   [State ex rel.] Johnson v. Weiss.**
In Prohibition. On respondents' answer and motion for judgment on the pleadings. Motion for judgment on the pleadings granted. Motions for stay and to strike denied as moot. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1003.   [State ex rel.] Hardy v. Wolfe.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1015.   [State ex rel.] Lenard v. Russo.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.